No. 8,338.   STATE ex Rel. PEARL ASSURANCE CO., Ltd., Relator, *v.* JOHN J. HOLMES, State Auditor and ex officio Commissioner of Insurance, Respondent.

Decided May 20, 1942.

PER CURIAM.—The petition for writ of certiorari is denied.